RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 19 2016

JAMES N. HATTEN, Clerk
By: Tamieka Moore, Deputy Clerk

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Tarrace Bostic
Josyiah Bostic
Plaintiff,

v.

Life Cycle OBGYN LLC, eatl
Defendant.

Case Number:

1:16-CV-0163

COMPLAINT

See attached

## Visits to Life Cycle OBGYN, LLC Prior To Birth
*March 2014*

### *Early March:*
Patient Tamica Moore experienced severe swelling, complications with lower abdomen pain and severe spasms. These complaints were verbalized to midwives Sarah, Ann and Debra of Life Cycle OBGYN, LLC.

### *Mid-March:*
Tamica Moore expresses to midwives Sarah and Ann that she is experiencing extreme pressure, swelling, water retention and increased amounts of aggressive, consistent, severe, harassing pain and pressure that is abnormal to her pregnancy trend. After expressing these complaints, no tests were administered nor were there any investigations into her accelerated weight gain. After midwife Sarah measured Tamica Moore, she informed her that she was going to have a large baby boy and the estimated birth would be 10-11 pounds. At that moment, Tamica Moore expressed her concern to midwife Sarah about a vaginal delivery of such a large baby because her last and largest baby weighed 7 pounds, 2 ounces and there was some vaginally taring. Sarah responded to Tamica Moore that she could deliver a baby of that size because she had just previously vaginally delivered a baby weighing close to 11 pounds. Tamica Moore expressed to midwife Sarah that she would like for her to highly consider another birthing plan and if a C- section could be that birthing plan. However, midwife Sarah was adamant about a vaginal delivery for Tamica Moore.

## Visits to Southern Regional Hospital Prior To and During Birth
*April 2014*

### *April 7, 2014:*
Patient Tamica Moore began experiencing pain and extreme discomfort. At which time, she went to Life Cycle OBGYN. At this visit, midwife Sarah scheduled to induce labor on April 11, 2014 at Life Cycle OBGYN's affiliated hospital, Southern Regional Hospital.

### *April 9, 2014:*
Patient Tamica Moore experienced severe contractions and discomfort at home. So she went to Life Cycle OBGYN's affiliated hospital, Southern Regional Hospital.

1

Upon arriving at the hospital, Tamica Moore was admitted in the labor and delivery emergency care at Southern Regional Hospital. Tamica Moore was monitored and tested to see the progression of her labor at the time of admission. Tamica Moore was 3 cm dilated and within an hour she was 5.5 cm dilated with mucus plug discharge. At that time, Southern Regional Hospital's nurse strongly suggested that Tamica Moore should leave because she was not considered to be in active labor. And that the labor and delivery emergency care at Southern Regional Hospital did not have enough beds or nurses to attend to her.

### *April 11, 2014:*
Tamica Moore received a call from Labor and Delivery at Southern Regional Hospital for her appointment for induction. The Southern Regional Hospital nurse stated there was a bed available now, and asked if she would like to come sooner, instead of her appointed time at 9:00 pm. Tamica Moore agreed to come before here 9:00pm appointment and was admitted at 11:17 am. At the time of Tamica Moore's admission, she was approximately 6.5-7.0 cm dilated and was transported to the Labor and Delivery Room.

### *11:54 am*
The monitor strips indicate that the FHT have decelerations, Nurse Andrea and Jesse (both of Southern Regional Hospital) review strips and give Tamica Moore an increased amount of Pitocin to speed up the pace of delivery.

### *3:47 pm*
Nurse McDaniel of Southern Regional Hopsital continues to ask if Tamica Moore wants an Epidural for pain. Tamica Moore continues to decline and states she wants to stick to her birthing plan, without Epidural. Nurse McDaniel continues to state the need for the epidural, Tamica Moore continues to decline. Tamica Moore is measured and is at 8 cm dilated; once again, nurse McDaniel asks Tamica Moore if she would like to get the epidural, Tamica Moore continues to decline. Tamica Moore asks if the Epidural will be appropriate to get because of how close she is to delivery. Nurse McDaniel continues to persist without informing Tamica Moore of potential risks, Nurse McDaniel then states that if Tamica Moore is considering getting the epidural, then she should get it now! Tamica Moore hesitantly agreed to the epidural.

2

### *3:57 pm*
Anesthesiologist came in for epidural consultation because of the request for epidural; at injection, the Anesthesiologist punctured two - three nerves in unsuccessful attempts. The fourth attempt was successful and the epidural had been administered.

### *4:05 pm (approx.)*
Complete dilation, Tamica Moore felt the need to push at 9.5 cm and only Nurse Andrea or Jesse was present. No other medical official was present in the room at the time, nor had any medical official been present in the progression of labor. So Nurse Andrea or Jesse informed patient to wait if she could.

### *4:10 pm (approx.)*
Midwife Sarah of Life Cycle OBGYN, LLC has been called. Nurse Andrea or Jesse continues to assist Tamica Moore, still without the arrival of any other medical official. The baby head has crowned, his face is visible up to his nose.

### *4:15-4:20 pm (approx.)*
Midwife Sarah arrives with the company of another Midwife. They began to dress themselves in medical garments at the entrance of the Labor and Delivery Room. Midwife Sarah then puts her hand over vaginal area and discourages Tamica Moore to push, and prevents the arrival of the baby.
In a frenzy of panic, midwife Sarah, another Mid-wife, and an entourage of nurses recognize that the baby was not progressing at the pace of a normal delivery. Sarah instructs Tamica Moore to push harder, more, and longer. Still with no progression, midwife Sarah then states that Tamica Moore was not trying her hardest, or giving her best. After 5-7 minutes at this current standstill, midwife Sarah then cuts the vaginal area of Tamica Moore, with no results. Midwife Sarah grabs the baby's head and proceeds to pull him out; with no avail she calls for the entourage of nurses to attempt maneuvers multiple times. Once of the nurses of Southern Regional were assigned by midwife Sarah to go near the head of Tamica Moore pushing in a downward motion on her stomach. The other two nurses of Southern Regional were assigned by midwife Sarah to Tamica Moore's side pushing in a downward motion, in a panicked, chaotic way. The trauma, panic, and fear witnessed by Mr. Tarcace Bostic the husband and father of the unborn child caused him to leave the room.

3

Midwife Sarah continued maneuvers, delivery of left anterior shoulders, unsuccessful. Then attempts to rotate baby LOA, the baby's head is still out, without him (baby) being monitored.
Now Dr. Jones (a contracted doctor of Southern Regional Hospital) has been paged for assistance.

Midwife Sarah continues maneuvers to deliver shoulder with continued suprapubic pressure. Dr. Jones now arrives to the room. Under the leadership of Dr. Jones, Dr. Jones continues to maneuver baby unsuccessfully. Dr. Jones instructs to take patient to the O.R. immediately and relates to patient this is an emergent situation, and without informing Mr. Bostic.

### 4:25 pm (approx.)
Arrival to O.R. with baby's head still outside the birth canal and continued attempts of maneuvers, which are unsuccessful.

### 4:30 pm
Anesthesia for Tamica Moore begins

### 4:37 pm
Surgery begins for C-Section incision

### 4:42 pm
The C-section incision initiated by Dr. Jones begins first by the attempting to place the baby's head back inside birth canal, attempt unsuccessful: Attempts to rotate shoulder from abdomen while midwife Sarah gave downward traction with left anterior shoulder. Anterior shoulder released. Vaginal delivery performed, by Dr. Jones with C-section incision, Dr. Jones places hand inside incision and pushes the baby out with hand through the birth canal, and baby exits vaginally.
Baby is delivered vaginally at approximately 4:42pm.
**Baby was not monitored for 20 minutes while he was stuck, no heart rate, no spontaneous respiration and is placed on open warmer.**
Baby requires an immediate handoff to NICU team in O.R.

### 4:43 pm
Intubated.

4

***4:44 pm***
Chest compression started PPV.

***4:45 pm***
Heart Rate absent on auscultation, chest compression and PPV continues.

***4:47 pm***
Heart Rate absent on auscultation and Code is called by Dr. Ade.
Nurse comes outside of the O.R. frantic, crying hysterically and informs Mr. Bostic the baby is dead and has no heart rate.
Nurse returns to O.R.

***4:51 pm***
Cord noted to be pulsating HR>100 infant is transported to NICU.
**At birth, baby was not breathing and did not have a heart rate for a total of 9 minutes, 38 seconds.**
The baby was placed on heating and cooling mat therapy for 72 hours and was diagnosed with **HIE**, **Erb's Palsy** resulting in left arm being immobile.

He was hospitalized for about two weeks after birth.

## Visits to Southern Regional Hospital and Scottish Rite After Birth
## April 2014

***April 25, 2014***
While at home, the child began to shake and was taken back to Southern Regional Hospital where he was transferred to Scottish Rite Children's Hospital and given an MRI, and EEG which was abnormal, child was having seizure activity. 2 days later child was discharged.

***April 27, 2014***
Tamica Moore had to go back to Southern Regional Hospital because of an infection in C-Section scar. WBC 16.1 upon admission, blood transfusion was needed and administered, a continued stay at Southern Regional Hospital 3-4 days absent of her newborn child.

5

### Diagnosis of the baby, Josyiah Reign Bostic

Josyiah has been diagnosed with Hypoxic-Ischemic encephalopathy (HIE), Erb's Palsy on the left arm resulting in no oxygen to the brain and severe shoulder distortion. Josyiah's birth history was taken from epic and parent report and is significant for birth at 40 weeks gestation, with a birth weight of 10 pounds 1 oz. resulting in traumatic delivery, which cooperated with fat necrosis because of the extensive pulling and tearing of his fatty tissues subsequent to his back being black, blue, purple and lumpy.

### Present day effects and care of Josyiah Reign Bostic

Josyiah has frequent and constant physical therapy, speech therapy, and numerous trips to his neurologist. This is a factor of his long-term treatment and care. He does not use his left arm as frequently as the right. He has severe issues with physical and motor functions which causes him to have injuries that prohibits and hinders him from interacting with his siblings and other children. Josyiah is noticeably behind all developmental strides and normal behaviors of a child his age and he has shown great difficulty in progressing further. Subsequently, his parents are forced to limit activities, outings, engagements and exposure to children. His long-term care requires close monitoring, constant supervision by parents, physicians, therapists and his neurologist.

As a direct result of the traumatic events occurring there has been a substantial amount of damages. Non-economic damages, past and future damages, emotional damages displayed by both parents and the pervious children. Financial losses, lost wages, physical and psychological harm.

### Emotional Distress as expressed by Tamica Moore

On April 11, 2014, I felt like there was no way both me and my son was going to make it alive. It was either his life or mines and I chose his. Once I felt my child's head which was hanging outside of my vagina, I knew there was no possibility he would be the same. He was hanging and not one person was concerned about him hanging outside of me, his full head. As a mother, I felt powerless, and stripped of the instinct to nurture and protect my child because there was absolutely nothing I wouldn't do for him as his mother. I wasn't aware of all that was happening, but as a mother of three, I knew this was not the natural order of delivery. I knew this was a tragic and dire situation. This event was one and is the most traumatic experiences of my life. This was the baby I ecstatically waited to

6

meet, the baby I felt grow and develop inside me for nine months, I was having the son I dreamed of and now I am conflicted if either of us would survive the ordeal and even if I, or both of us did: What would our livelihood be? Not only was I panicked, and afraid so was everyone around me. I did not feel like any medical person present was capable of finding a remedy for this disaster. I was assaulted by my Mid-wife; not only was she unprepared, unaware and not knowledgeable, she made me feel inadequate as a mother aggressively implying I was not pushing hard enough, long enough, and I was not trying. I felt that every medical personnel actively participated in this uniformed chaos. The nurse pressured me into getting an epidural after being 8 cm dilated. The Anesthesiologist acted incompetently wasting time and puncturing four nerves before hitting the appropriate nerve during administration of the Epidural. The mid-wife was not aware of the progression of my labor because she was not available, which resulted in a delay of her arrival and her lack of being prepared. My son's face is visible up to his nose and she places her hand on me instructing me not to push, and assaults me when she cannot find a solution. Numerous of nurses crowd and tower over me pushing, and maneuvering my son as my husband watches causing him to leave. When he leaves, the only piece of security I have felt leaves the room as well. After a series of multiple maneuvers and failed attempts, wasting and prolonging time, midwife Sarah finally recognizes she is unable to rectify the situation and she then decides to call for the assistance of a doctor. When I asked what was going on as midwife Sarah pushes me out of the room, she informs me this is an emergent situation, not really sure what that meant, I asked for my husband and she told me harshly not to worry about him, her exact words were, "I got to get this baby out." Arriving at the O.R, I could only remember my son's head is still hanging outside of me, and his he ok? Is he dead? He is so close to me I could reach my hand and touch him. Am I going to live? I remember looking at someone dressed in some type of covering garments and telling her "If you have to choose his life instead of mine, choose his!" I was not able to see my son for four days, and I could not touch him for five days. As we were discharged from the hospital, I was not aware of the extremities of his diagnosis, nor did I have any knowledge on how to care for him. Soon after we arrived home, my son began to appear as if he was having a seizure. Once being admitted to Southern Regional Hospital, he had to be transfer to Scottish Rite Children's Hospital. Again, I was denied being present with my son because of my condition. After my son, Josyiah was discharged, I had to go back to Southern Regional Hospital because of an infection which caused me to have a blood

7

transfusion - which I have NEVER had or anticipated having. I was afraid of a blood transfusion knowing of all the things that could possibly go wrong. And on top of this, this kept me away from my newborn son for three more days.

My husband, the sole provider, was unable to take time off with pay, causing us to exasperate our savings and suffer an eviction from our home. I suffered post-traumatic stress disorder, which caused hair loss, suicide attempts, dizziness, lack of consciousness, lack of sexual desire. I have also been fearful of going to a physician, or doctor offices with mid-wife affiliation. There is still no nerve in lower abdomen, which is above my C-section incision. This also resulted in an occasional black tar discharge. All areas of my life has been impacted and affected by this one event. My thinking has changed, my spontaneity, interaction, relationships, parenting and my body along with sexual interactions with my husband, has all changed and is forever changed because of this trauma.

### Emotional Distress as expressed by Mr. Tarcace Bostic:

I witnessed my wife in so much pain, and agony: I seen her hurt, and fear, as a husband I could not save or rescue her from all of what she felt, I was unable to deliver any support or assistance. I witnessed and watched my sons head stuck in the vaginal area, the uneasiness I felt witnessing my wife's pain and discomfort was overwhelming. I felt and saw the chaos, panic and confusion of the nurses and the mid-wives. They were unsure of what to do for her and my son. I was alerted that something was not right because this did not occur with delivery of any of my other children. I knew something was wrong, seeing the nurse's panicking around the bedside and witnessing the midwife cut my wife and pull my son's head was traumatic and alarming for me. I witnessed the expressions on my wife's face, expressions of distraught which became too unbearable. So I decided exit the room. As I walked the floors of the hall, I witnessed them rolling my wife to the O.R, hearing my wife ask for me, prompted me to run to her aide, but all I could hear was the mid-wife saying we had an emergency situation. I was unsure, uniformed, and unaware of what was happening to my wife, and son which frightened me. I remained uninformed, unknowledgeable for more than twenty minutes. As a nurse came to me in panic, fear, crying uncontrollably, and hysterically informing me my son was dead. After I entrusted my wife and son to their care, this angered me, disappointed me, and saddened me. The medical officials failed me, my wife and my son. Not only did I suffer this day but days to

8

come, rushing my son to the hospital a day after him being discharged from Southern Regional Hospital because of seizure activity, seeing infection gush and pour out of my wife's stomach, from a scar the doctors created, and her being admitted again to their care, was horrible for me and our children. I watched my wife suffer emotional trauma so bad she wanted to kill herself, as a husband I did not know what to do for her, I took off weeks and weeks of work so that I could monitor her, my son and our three daughters. I could not leave her by herself not only was she emotional unstable, suicidal, but she could not remain conscious.

Tamica Moore + Tarcace Bostic
7098 Brookview Way
Riverdale GA 30274
(678)837-8499
(678)663-6043

x _Tamica M. Moore_

x _Tarcace Bostic_

9