UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMICA MOORE, et al., <br><br>             Plaintiffs, <br><br> v. <br><br> LIFE CYCLE OBGYN, LLC, <br><br>             Defendant. | CIVIL ACTION FILE <br><br> NO.  1:16-CV-163-TWT |

## J U D G M E N T

This action having come before the court, Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia this 17th day of May, 2016.

                                            JAMES N. HATTEN
                                            DISTRICT COURT EXECUTIVE
                                            and CLERK OF COURT

                              By:  s/*Barbara D. Boyle*
                                          Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   May 17, 2016
James N. Hatten
Clerk of Court

By: B. D. Boyle
      Deputy Clerk